IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ENRIQUE MARTINEZ ALONSO, #28264-177                                              PLAINTIFF

VS.                                                      CIVIL ACTION NO. 5:11-cv-171(DCB)(JMR)

CORRECTIONS CORPORATION OF AMERICA, ET AL.                          DEFENDANTS

ORDER

This cause is before the Court on the plaintiff's "Request" **(docket entry 16)** for an extension of twenty (20) days to "make an investigation in regards how to file my complaint." The plaintiff is advised that this case was closed by Final Judgment dated March 21, 2012; therefore, the plaintiff is not entitled to any relief from this Court.  To the extent the plaintiff seeks to bring any state law claims, they must be filed in state court.   Accordingly,

IT IS HEREBY ORDERED that the plaintiff's "Request" **(docket entry 16)** for an extension of twenty (20) days to "make an investigation in regards how to file my complaint" is DENIED.

SO ORDERED, this the 30th day of May, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE